# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-46-7 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ) | |
| DARIOUS GARRETT ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count 16 of the 19-count Superseding Indictment; (2) accept Defendant's guilty plea as to Count 16; (3) adjudicate the Defendant guilty of Count 16; (4) defer a decision on whether to accept the revised plea agreement (Doc. 130) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 160). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 160) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count 16 of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count 16 is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count 16;

4. A decision on whether to accept the revised plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 14, 2020 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**